IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carlyle Fortran Trust, et al.,<br><br>　　　　Plaintiffs/Appellants,<br>　v.<br><br>nVidia Corp., et al.,<br><br>　　　　Defendants/Appellees.<br>_____ / | NO. C 05-00427 JW<br>NO. C 09-02478 JW<br><br>**ORDER DENYING DEFENDANT nVIDIA'S MOTION FOR ENTRY OF JUDGMENT;** *SUA SPONTE* **RECONSIDERING CARLYLE'S MOTION FOR LEAVE TO APPEAL AND GRANTING LEAVE; SETTING BRIEFING SCHEDULE** |

Presently before the Court is nVidia's ("Defendant") Motion for Entry of Judgment. (hereafter, "Motion," Docket Item No. 298.) The Court finds it appropriate to take the Motion under submission without oral argument. See Civ. L.R. 7-1(b).

**A.　Background**

The historical facts of this case, with respect to the transaction between 3DFX and nVidia and 3DFX's subsequent bankruptcy are set forth in greater detail in the Court's September 29, 2006 Order Granting Defendant's Motion to Dismiss Carramerica's Third Amended Complaint in the Carramerica case. (See Docket Item No. 121.) The Court briefly reviews the relevant procedural history to the extent it implicates the present Motion.

On December 15, 2006, the Court issued an Order Granting Defendants' Motions to Dismiss Carlyle's Fourth Amended Complaint with prejudice. (hereafter, "December 15 Order," Docket Item No. 183.) On January 9, 2007, Carlyle filed a Notice of Appeal of the December 15 Order to the Ninth Circuit. (See Docket Item No. 202.) On September 11, 2008, the bankruptcy court

1 entered judgment in favor of nVidia and dismissed all claims asserted by the 3DFX Bankruptcy
2 Trustee ("Trustee").[1] On November 25, 2008, the Ninth Circuit issued a Memorandum affirming the
3 December 15 Order dismissing Carlyle's Complaint. (See Docket Item No. 262.) On December 8,
4 2008, Carlyle filed a Motion for Clarification of the Court's Memorandum which stated, in pertinent
5 part, that "the Trustee is deemed to have abandoned those claims alleged in Carlyle's complaint,
6 which he did not pursue."[2] On January 22, 2009, the Ninth Circuit issued an Order Amending
7 Memorandum which stated: "On remand, the district court is instructed to determine which of
8 Carlyle's claims have been abandoned by the bankruptcy trustee, thus conferring standing on
9 Carlyle to pursue those claims."[3] On March 11, 2009, Carlyle filed a Motion for Abandonment in
10 the bankruptcy court. On March 13, 2009, the bankruptcy court issued its ruling denying Carlyle's
11 Motion for Abandonment without prejudice. (hereafter, "Bankruptcy Court Ruling," Lichterman
12 Decl., Ex. C.) On November 12, 2009, the Court issued an Order Denying Carlyle's Motion for
13 Leave to Appeal the Bankruptcy Court Ruling. (hereafter, "November 12 Order," C 09-2478 JW,
14 Docket Item No. 10.)

## B. Discussion

16 Defendant now moves for entry of judgment against Carlyle on the ground that the Court has
17 dismissed all of Carlyle's claims with prejudice, and thus Carlyle has no remaining claims in the
18 litigation. (Motion at 3-5.) Defendant further contends that the bankruptcy court has resolved the
19 one issue that the Ninth Circuit remanded in its January 22, 2009 Order, whether the Trustee has
20 abandoned any of the bankruptcy estate's claims, and thus the litigation has run its full course. (Id.)
21 Carlyle responds that since the bankruptcy court denied Carlyle's Motion for Abandonment without

---

[1] See Brandt v. NVIDIA Corp., 389 B.R. 842 (Bankr. N.D. Cal. 2008).

[2] (See Declaration of Justin M. Lichterman in Support of nVidia Defendants' Motion for Entry of Judgment, hereafter, "Lichterman Decl.," Ex. B.) For identification purposes only, the Court will refer to the claims that Carlyle wishes to bring against nVidia as "the Carlyle Claims."

[3] See CarrAmerica Realty Corp. v. nVidia Corp., 302 F. App'x 514, 517 (9th Cir. 2008).

2

prejudice, entering judgment now would deprive Carlyle of the opportunity to have any abandoned claims adjudicated on their merits.

In its November 12 Order, the Court denied Carlyle's Motion for Leave to Appeal the Bankruptcy Court's Ruling in part on the ground that the bankruptcy court had denied Carlyle's Motion for Abandonment without prejudice, and thus Carlyle was "free to re-file its Motion and make the necessary showing that the Trustee has abandoned the Carlyle Claims." (November 12 Order at 4.) In light of the passage of time, the Court, *sua sponte*, reconsiders its prior determination and grants Carlyle leave to appeal. The Bankruptcy Court was clear in its finding that at ". . . the time the District Court ruled on the Fourth Amended Complaint, and the time the Ninth Circuit ruled, there had been no abandonment." (Id.) Upon reconsideration, the Court finds the fact that the Bankruptcy Court's denial of Carlyle's Motion was "without prejudice" is of no consequence to the finality of the Order because the Motion was adjudicated on the merits. Thus, Carlyle may now appeal the Bankruptcy Court's ruling.

Accordingly, the Court DENIES nVidia's Motion for Entry of Judgment and ORDERS the parties to meet and confer and stipulate to a briefing schedule for the appeal of the issue of abandonment consistent with the Bankruptcy Local Rules. On or before **January 27, 2010**, the parties shall file the Stipulation re: Briefing Schedule for Appeal for the Court's approval.

Dated: January 13, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew A. August aaugust@pinnaclelawgroup.com
Betty Malka Shumener betty.shumener@dlapiper.com
Douglas A. Applegate daa@sezalaw.com
Douglas G. Boven dboven@reedsmith.com
Dwight Craig Donovan Dwight@mbvlaw.com
George M. Lee gml@sezalaw.com
Henry H. Oh henry.oh@dlapiper.com
James Neil Kramer jkramer@orrick.com
Jimmy S McBirney jmcbirney@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Kim Y. Arnone karnone@buchalter.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Morgan William Tovey morgantovey@quinnemanuel.com
Raymond A. Cardozo rcardozo@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com
Robert P. Varian rvarian@orrick.com
Ruth Young Kwon rkwon@orrick.com

**Dated: January 13, 2010** **Richard W. Wieking, Clerk**

**By:____/s/ JW Chambers____________**
**Elizabeth Garcia**
**Courtroom Deputy**

United States District Court
For the Northern District of California