```
1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
2  JAMES N. KRAMER (STATE BAR NO. 154709)
   JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA  94105
   Telephone:    415-773-5700
5  Facsimile:    415-773-5759

6  Attorneys for Defendants
   NVIDIA CORPORATION, NVIDIA US INVESTMENT
7  COMPANY, INC.,  JEN-HSUN HUANG, JAMES C. GAITHER,
   A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE,
8  MARK A. STEVENS, HARVEY C. JONES and CHRISTINE B.
   HOBERG
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: 3dfx Interactive, Inc. | Case No.   5:09-CV-2478-JW |
| CARLYLE FORTRAN TRUST, a Maryland real estate investment trust,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, et al.,<br><br>Defendants. | [Related Case No. 5:05-CV-00427-JW]<br><br>STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL OF NVIDIA'S  PETITION FOR SECTION 1292(b) CERTIFICATION<br><br>Judge:    The Honorable James Ware |

OHS West:261030209.1                                STIPULATION -- CASE NO. 5:09-CV-2478-JW

1      WHEREAS, on or about June 17, 2010, this Court reversed an order of the bankruptcy court denying plaintiff Carlyle Fortran Trust's Motion For Order Establishing Trustee's Abandonment of Carlyle Claims.

WHEREAS, on or about July 8, 2010, the NVIDIA Defendants[1] filed a Petition for Section 1292(b) certification (the "Petition") because, in light of the particular procedural posture and history of the case, it was unclear whether the June 17, 2010 order was directly appealable, or required certification for appeal under Section 1292(b).  The Petition was set for hearing on November 22, 2010, the first available date on the Court's calendar when NVIDIA noticed the Petition.

WHEREAS, on or about July 12, 2010, NVIDIA also timely filed a Notice of Appeal from this Court's June 17, 2010 order.

WHEREAS, in August 2010, the parties participated in mediation and resolved the underlying litigation that prompted the Petition, *Carlyle Fortran Trust v. NVIDIA Corp., et. al.*, Case No. 05-00427 ("the Underlying Litigation"), as well as the Petition.

WHEREAS, on or about August 26, 2010, the parties filed a stipulation of dismissal of the Underlying Litigation.

WHEREAS, on or about August 31, 2010, the Court of Appeals dismissed NVIDIA's appeal after NVIDIA advised it of the settlement and requested a voluntary dismissal.

WHEREAS, on or about September 3, 2010, the Court granted the parties stipulation of dismissal of the Underlying Litigation.

//
//
//
//
//
//

---

[1] Defendants Jen-Hsun Huang, James C. Gaither, A. Brooke Seawell, William J. Miller, Tench Coxe, Mark A. Stevens, and Harvey C. Jones, Jr., Christine B. Hoberg, nVidia Corporation and nVidia U.S. Investment Company (collectively, "NVIDIA")

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Carlyle Fortran Trust and NVIDIA, through their counsel, that:

1. The Petition is withdrawn and the hearing scheduled for November 22, 2010 shall be removed from the court's calendar.
2. Case No. CV-09-2478-JW shall be closed by the clerk.

**SO STIPULATED**.

Dated:  November 9, 2010          Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/*Justin M. Lichterman*
Justin M. Lichterman
Counsel for NVIDIA Defendants

Dated:  November 9, 2010          DLA PIPER US LLP


By:  /s/*Henry H. Oh*
Henry H. Oh
Counsel for Carlyle Fortran Trust


The filer attests that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

**IT IS SO ORDERED**:

DATE:  November 12, 2010          _____
                                  UNITED STATES DISTRICT JUDGE